# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MICHAEL SNEED                                                        CIVIL ACTION

VERSUS

AMBASSADOR FREIGHT                                    NO. 26-00049-BAJ-RLB
SERVICE LLC, ET AL.

## RULING AND ORDER

Before the Court is Plaintiff's **Motion to Remand (Doc. 8).** The Motion is opposed. (Doc. 11). Plaintiff filed a Reply Brief. (Doc. 15).

The Magistrate Judge issued a **Report and Recommendation (Doc. 17, the "Report")** recommending that the Court grant Plaintiff's Motion to Remand and remand the above-captioned matter to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.  There are no objections to the Report.

Having carefully considered the Notice of Removal (Doc. 1), Plaintiff's Motion to Remand (Doc. 8), Defendant's Opposition (Doc. 11), Plaintiff's Reply Brief (Doc. 15), and the Report (Doc. 17), the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Doc. 8)** is **GRANTED.**

2

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 21 day of July, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2